[No. 34713-6-I.     Division One.    February 21, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. WALTER ERIK
ENBOM, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 93-8-02878-6, Mary Wicks Brucker, J., entered

May 27, 1994. *Reversed* and *remanded* by unpublished per curiam opinion.